E-FILED
Monday, 21 March, 2005  03:49:34 PM
Clerk, U.S. District Court, ILCD

**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

March 16, 2004

FILED
MAR 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Office of the Clerk
100 NE Monroe
RM 309 Federal Bldg
Peoria, IL 61602

RE: -Case # 99-1007

Dear Sir/Madam:

The attached documentation is for a court order for an inmate that was incarcerated at our facility. This mentioned inmate, Alberto Deates, has been released from our facility. His release date was April 16, 2004. The last known address for this inmate is as follows:

        Alberto Deates
        11925 S Maple Ave
        Blue Island, Il 60406

Our records show that the outstanding balance for this court order is in the amount of $36.42 on this case.

Sincerely,

J. Flagg
Assistant Warden, Programs